**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 24-cr-371-S** |
| | § | |
| **KAMAIGA GHOLAR (18)** | § | |
| **JAVEON FIELDS (20)** | § | |
| **DARRIS LEE (39)** | § | |
| **JAMES PALLADINA (45)** | § | |
| **JAMES BATESON (48)** | § | |
| **KATHERINE O'BRIEN (52)** | § | |

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| | **General** | | | | |
| 1 | AABLE enrollment/licensing form | | | | |
| 2 | AABLE contract with FCS | | | | |
| | | | | | |
| | **Bail Bond No. 2 – Nicholas Yoder** | | | | |
| 3 | Nicholas Yoder bond details | | | | |
| 4 | Jail Call (10-1-21) – Nicholas Yoder and Mary Brown | | | | |
| 4a | Transcript – Jail Call (10-1-21) – Nicholas Yoder and Mary Brown | | | | |
| 5 | Jail Call (10-2-21) – Nicholas Yoder and Kamaiga Gholar | | | | |
| 5a | Transcript – Jail Call (10-2-21) – Nicholas Yoder and Kamaiga Gholar | | | | |
| 6 | Jail Call (12-9-21) – Nicholas Yoder and Kamaiga Gholar | | | | |
| 6a | Transcript – Jail Call (12-9-21) – Nicholas Yoder and Kamaiga Gholar | | | | |

1

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 7 | Jail Call (12-11-21) – Nicholas Yoder and Kamaiga Gholar | | | | |
| 7a | Transcript – Jail Call (12-11-21) – Nicholas Yoder and Kamaiga Gholar | | | | |
| 8 | Jail Call (10-8-21 – Nicholas Yoder and Javeon Fields) | | | | |
| 8a | Transcript – Jail Call (10-8-21 – Nicholas Yoder and Javeon Fields) | | | | |
| 9 | Jail Call (11-9-21 – Nicholas Yoder and Javeon Fields) | | | | |
| 9a | Transcript – Jail Call (11-9-21 – Nicholas Yoder and Javeon Fields) | | | | |
| 10 | Jail Call (12-10-21 – Nicholas Yoder, Kamaiga Gholar, and Javeon Fields) | | | | |
| 10a | Transcript – Jail Call (12-10-21 – Nicholas Yoder, Kamaiga Gholar, and Javeon Fields) | | | | |
| 11 | Jail Call (12-10-21 – Nicholas Yoder and Javeon Fields) | | | | |
| 11a | Transcript – Jail Call (12-10-21 – Nicholas Yoder and Javeon Fields) | | | | |
| 12 | Jail Call (12-10-21 – Nicholas Yoder and Deleon Borders | | | | |
| 12a | Transcript (12-10-21 – Nicholas Yoder and Deleon Borders | | | | |
| 13 | Jail Call (12-12-21 – Nicholas Yoder and Deleon Borders | | | | |
| 13a | Transcript – Jail Call (12-12-21 – Nicholas Yoder and Deleon Borders | | | | |
| 14 | Jail Call (12-12-21 – Nicholas Yoder and Deleon Borders | | | | |
| 14a | Transcript – Jail Call (12-12-21 – Nicholas Yoder and Deleon Borders | | | | |
| 15 | Jail Call (12-12-21 – Nicholas Yoder and Deleon Borders | | | | |
| 15a | Transcript – Jail Call (12-12-21 – Nicholas Yoder | | | | |

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| | and Deleon Borders | | | | |
| 16 | Co-signer application – Deleon Borders | | | | |
| 17 | Co-signer check stub – Deleon Borders (Turner Construction Co) | | | | |
| 18 | Co-signer check stub – Deleon Borders (Turner Construction Co) | | | | |
| 19 | Co-signer application – Pamela Yoder | | | | |
| 20 | Co-signer check stub – Pamela Yoder | | | | |
| 21 | Co-signer check stub – Pamela Yoder | | | | |
| 22 | Email and attachment of check stubs (12-1-21) from weassistworkforce@gmail.com (Co-Defendant Jeanine Victor's email) to Kgholar1.kg@gmail.com (Gholar's email) | | | | |
| 23 | Email and attachment (12-14-21) from Gholar to AABLE (Borders co-signer application) | | | | |
| 24 | Email and attachment (12-14-21) from Gholar to AABLE (Pamela Yoder co-signer application) | | | | |
| 25 | Email and attachment (12-16-21) from Gholar to AABLE (Pamela Yoder co-signer application) | | | | |
| 26 | Email and attachment (12-16-21) from Gholar to AABLE (Pamela Yoder co-signer application) | | | | |
| 27 | Email and attachment (12-16-21) from Gholar to AABLE (Borders co-signer application) | | | | |
| 28 | Email and attachment (12-16-21) from Gholar to AABLE (Pamela Yoder co-signer application) | | | | |
| 29 | Email and attachment (12-17-21) from Gholar to AABLE (Pamela Yoder handwritten co-signer application) | | | | |
| 30 | Email and attachment (12-17-21) from Gholar to AABLE (Borders handwritten co-signer application) | | | | |
| 31 | Email and attachment (12-17-21) from Gholar to AABLE (Pamela Yoder handwritten co-signer application) | | | | |
| 32 | Email and attachment (12-19-21) from Gholar to AABLE (Pamela Yoder check stub) | | | | |

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 33 | Email and attachment (12-19-21) from Gholar to AABLE (Borders check stub) | | | | |
| 34 | Email and attachment (12-19-21) from Gholar to AABLE (Pamela Yoder contract documents) | | | | |
| 35 | Email and attachment (12-19-21) from Gholar to AABLE (Borders contract documents) | | | | |
| 36 | Email (12-20-21) from Gholar to AABLE (Borders and Pamela Yoder DL photos) | | | | |
| 37 | CashApp payment (12/1/21 – Gholar to Victor) | | | | |
| 38 | Guardian Angel Home Healthcare record (Pamela Yoder) | | | | |
| 39 | AABLE application packet (Nicholas Yoder) | | | | |
| 40 | Bond Pro submission (Nicholas Yoder bond) | | | | |
| 41 | Omitted | | | | |
| 42 | Bail Bond form – Nicholas Yoder bond | | | | |
| 43 | Recorded Interview - Gholar | | | | |
| | | | | | |
| | **Bail Bond No. 8 – Gerald Williams, Jr.** | | | | |
| 44 | Gerald Williams, Jr. bond details | | | | |
| 45 | Jail Call (8-25-21) – Gerald Williams, Jr., Mary Brown, Antoinette Green | | | | |
| 45a | Transcript – Jail Call (8-25-21) – Gerald Williams, Jr., Mary Brown, Antoinette Green | | | | |
| 46 | Jail Call (8-25-21) – Gerald Williams, Jr., Antoinette Green, and Darris Lee | | | | |
| 46a | Transcript – Jail Call (8-25-21) – Gerald Williams, Jr., Antoinette Green, and Darris Lee | | | | |
| 47 | Jail Call (8-25-21) – Gerald Williams, Jr., Antoinette Green, and Darris Lee | | | | |
| 47a | Transcript – Jail Call (8-25-21) – Gerald Williams, Jr., Mary Brown, Antoinette Green, and Darris Lee | | | | |
| 48 | Jail Call (8-27-21) – Gerald Williams, Jr., Antoinette Green, and Darris Lee | | | | |
| 48a | Transcript – Jail Call (8-27-21) – Gerald Williams, | | | | |

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| | Jr., Mary Brown, Antoinette Green, and Darris Lee | | | | |
| 49 | Jail Call (8-28-21) – Gerald Williams, Jr., Antoinette Green, and Darris Lee | | | | |
| 49a | Transcript – Jail Call (8-28-21) – Gerald Williams, Jr., Mary Brown, Antoinette Green, and Darris Lee | | | | |
| 50 | Jail Call (8-28-21) –Antoinette Green | | | | |
| 50a | Transcript – Jail Call (8-28-21) –Antoinette Green | | | | |
| 51 | Co-signer application – Julius Mapp | | | | |
| 52 | Co-signer check stub – Julius Mapp (American Auto Auction) | | | | |
| 53 | Co-signer check stub – Julius Mapp (American Auto Auction) | | | | |
| 54 | American Auto Auction record (Julius Mapp) | | | | |
| 55 | Co-signer application – Jamal Collins | | | | |
| 56 | Co-signer check stub – Jamal Collins (Executive Cleaning Service) | | | | |
| 57 | Co-signer check stub – Jamal Collins (Executive Cleaning Service) | | | | |
| 58 | Executive Cleaning Service record (Jamal Collins) | | | | |
| 59 | Email from dleeandtay@gmail.com (Lee's email) to bailbondsaable@yahoo.com | | | | |
| 60 | Attachment from Email from dleeandtay@gmail.com (Lee's email) to bailbondsaable@yahoo.com | | | | |
| 61 | AABLE application packet (Gerald Williams, Jr.) | | | | |
| 62 | Bond Pro submission (Gerald Williams, Jr. bond) | | | | |
| 63 | Wire transmissions chart (Gerald Williams, Jr. bond) | | | | |
| 64 | Bail Bond form – Gerald Williams, Jr. bond | | | | |
| 65 | Recorded Interview - Lee | | | | |
| | | | | | |
| | **Bail Bond No. 10 – James Palladina** | | | | |
| 66 | James Palladina bond details | | | | |
| 67 | Jail Call (4-12-21) – James Palladina and Ana Mejia | | | | |
| 67a | Transcript – Jail Call (4-12-21) – James Palladina and Ana Mejia | | | | |

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 68 | Jail Call (4-12-21) – James Palladina and Ana Mejia | | | | |
| 68a | Transcript – Jail Call (4-12-21) – James Palladina and Ana Mejia | | | | |
| 69 | Jail Call (4-12-21) – James Palladina, Ana Mejia, and Amir Khan | | | | |
| 69a | Transcript – Jail Call (4-12-21) – James Palladina, Ana Mejia, and Amir Khan | | | | |
| 70 | Jail Call (4-13-21) – James Palladina, Ana Mejia, and Amir Khan | | | | |
| 70a | Transcript – Jail Call (4-13-21) – James Palladina, Ana Mejia, and Amir Khan | | | | |
| 71 | Jail Call (4-13-21) – James Palladina, Ana Mejia, and Amir Khan | | | | |
| 71a | Transcript – Jail Call (4-13-21) – James Palladina, Ana Mejia, and Amir Khan | | | | |
| 72 | Jail Call (4-25-21) – James Palladina and Amir Khan | | | | |
| 72a | Transcript – Jail Call (4-25-21) – James Palladina and Amir Khan | | | | |
| 73 | Jail Call (5-6-21) – James Palladina and Amir Khan | | | | |
| 73a | Transcript – Jail Call (5-6-21) – James Palladina and Amir Khan | | | | |
| 74 | Co-signer application – James Bateson | | | | |
| 75 | Co-signer check stub – James Bateson (FAB & J Mobile Cell Repair) | | | | |
| 76 | Co-signer check stub – James Bateson (FAB & J Mobile Cell Repair) | | | | |
| 77 | Photo – AABLE Bail Bonds (James Bateson) | | | | |
| 78 | Copy of Driver's License presented at AABLE Bail Bonds (James Bateson) | | | | |
| 79 | AABLE application packet (James Palladina) | | | | |
| 80 | Bond Pro submission (James Palladina bond) | | | | |
| 81 | Wire transmissions chart (James Palladina bond) | | | | |
| 82 | Bail Bond form – James Palladina bond | | | | |

| | **Bail Bond No. 11 – Roemello Burros** | | | | |
|---|---|---|---|---|---|
| 83 | Roemello Burros bond details | | | | |
| 84 | Jail Call (11-12-20) – Roemello Burros and Katherine O'Brien | | | | |
| 84a | Transcript – Jail Call (11-12-20) – Roemello Burros and Katherine O'Brien | | | | |
| 85 | Jail Call (3-27-21) – Roemello Burros and Katherine O'Brien | | | | |
| 85a | Transcript – Jail Call (3-27-21) – Roemello Burros and Katherine O'Brien | | | | |
| 86 | Jail Call (4-13-21) – Roemello Burros and Katherine O'Brien | | | | |
| 86a | Transcript – Jail Call (4-13-21) – Roemello Burros and Katherine O'Brien | | | | |
| 87 | Jail Call (4-21-21) – Roemello Burros and Katherine O'Brien | | | | |
| 87a | Transcript – Jail Call (4-21-21) – Roemello Burros and Katherine O'Brien | | | | |
| 88 | Jail Call (4-21-21) – Roemello Burros and Katherine O'Brien | | | | |
| 88a | Transcript – Jail Call (4-21-21) – Roemello Burros and Katherine O'Brien | | | | |
| 89 | Co-signer application – Christopher Colwell | | | | |
| 90 | Co-signer application – Kristopher Thomas | | | | |
| 91 | Co-signer application – Brittney McClellan | | | | |
| 92 | Co-signer application – Kathleen O'Brien | | | | |
| 93 | Co-signer check stub – Christopher Colwell (Baker Ripley) | | | | |
| 94 | Co-signer check stub – Kristopher Thomas (Baker Ripley) | | | | |
| 95 | Co-signer check stub – Brittney McClellan (Baker Ripley) | | | | |
| 96 | Co-signer check stub – Kathleen O'Brien (Hill Country Memorial) | | | | |
| 97 | Baker Ripley record (Christopher Colwell, Kristopher Thomas, Brittney McClellan) | | | | |

| 98  | On Purpose Record (Christopher Colwell, Kristopher Thomas, Brittney McClellan) |  |  |  |  |
|-----|--------------------------------------------------------------------------------|--|--|--|--|
| 99  | Hill Country Memorial record (Kathleen O'Brien)                                |  |  |  |  |
| 100 | Omitted                                                                        |  |  |  |  |
| 101 | Bond Pro submission (Roemello Burros bond)                                     |  |  |  |  |
| 102 | Wire transmissions chart (Roemello Burros bond)                                |  |  |  |  |
| 103 | Bail Bond form – Roemello Burros bond                                          |  |  |  |  |
| 104 | Co-signer application – Kathleen O'Brien                                        |  |  |  |  |

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

s/ *Michael E. Day*
Michael E. Day
Assistant United States Attorney
SDTX: 1759502
SBN: 24080665

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **UNITED STATES' EXHIBIT LIST** was filed with the District Clerk's Office and copies were mailed, faxed, e-mailed via ECF notification, or hand-delivered on the 15th day of September 2025, to counsel of record for the Defendants.

s/ *Michael E. Day*
Michael E. Day
Assistant United States Attorney

9