# **EXHIBIT 12**

Jail Call to Christopher Colwell from Roemello Burros
*04/06/2021*

**Automation (00:00):**
Hello, this is a free call from

**Roemello Burros (00:01):**
Rome,

**Automation (00:04):**
An incarcerated individual at Harris County Jail. The Harris County Sheriff's Office will not call you, collect or request you to dial star 72. Be aware of a Star 72 scam where you'll be requested to hang up and dial star 72 or star 1172. This feature will forward your telephone to a third party and you'll be responsible for the charges. Do not dial Star 72. This call is not private. It'll be recorded and may be monitored. If you believe this should be a private call, please hang up and follow facility instructions to register this number as a private number. Did you know inmate debit is now available at this facility? Inmate Debit is a new inmate owned prepaid calling account that allows inmates to place calls local, long distance, international, to any number on their approved calling list. You are able to conveniently fund this inmate account without having to set up an account of your own. Simply go online to www.securustech.net or call Securus Correctional Billing Services at 1(800)844-6591 and select the option to directly fund an inmate debit account today. To accept this free call, press one. To refuse this free call press two. If you would like, if you are an attorney, please hang up now and access the Harris County Sheriff's Office website for instructions as to how to set up your calls as privileged. Select the jail info link, then select the inmate telephone calls link. Thank you for using Securus. You may start the conversation now.

**Roemello Burros (01:42):**
Hello

**Christopher Colwell (01:42):**
Hello

**Roemello Burros (01:55):**
<unintelligible> Yeah.

**Christopher Colwell (01:58):**
What's going on?

**Roemello Burros (02:01):**
Huh?

**Christopher Colwell (02:02):**

What's going on? What they talking about with, with these bond?

**Roemello Burros (02:06):**
Man shit they got, I got money. I just need everybody to resign because they signed long ago. That shit expired. So she said I need everybody to resign.

**Christopher Colwell (02:17):**
Yeah.

**Roemello Burros (02:19):**
Yeah. Yo, I'm ready.

**Christopher Colwell (02:20):**
Shit. I'm go out of town tomorrow.

**Roemello Burros (02:25):**
You going outta town tomorrow?

**Christopher Colwell (02:27):**
Yeah, I'll be back Sunday though.

**Roemello Burros (02:31):**
Oh, you going out of town tomorrow.

**Christopher Colwell (02:34):**
Yeah.

**Roemello Burros (02:37):**
You think she can catch you today?

**Christopher Colwell (02:40):**
Huh?

**Roemello Burros (02:41):**
You think she can catch you today?

**Christopher Colwell (02:44):**
What? I mean what you need me to do?

**Roemello Burros (02:47):**
Just uh, refill out that packet.

**Christopher Colwell (02:51):**
Alright.

**Roemello Burros (02:53):**
That should be about it. That's what she said. Everybody gotta resign so,

**Christopher Colwell (02:59):**
I mean she come here thats aight,

**Roemello Burros (03:02):**
She pull up on you

**Christopher Colwell (03:13):**
Alright.

**Roemello Burros (03:13):**
Whatcha doing man?

**Christopher Colwell (03:17):**
Huh?

**Roemello Burros (03:17):**
I said whatcha doing man?

**Christopher Colwell (03:17):**
<unintelligible>

**Roemello Burros (03:17):**
You said what?

**Christopher Colwell (03:19):**
I pay at 10 for real. Just trying to get ready to move and shit.

**Roemello Burros (03:23):**
To move. Where you moving to?

**Christopher Colwell (03:26):**
Shit. Close to Galveston.

**Roemello Burros (03:30):**
Dallas?

**Christopher Colwell (03:32):**
Nah, close to Galveston.

**Roemello Burros (03:35):**
Oh, close to Galveston?

**Christopher Colwell (03:36):**
Yeah. Gonna be fishing and shit.

**Roemello Burros (03:44):**
Bullshit?

**Christopher Colwell (03:45):**
Nah, hell not. <unintelligible>. And it's like,

**Roemello Burros (03:53):**
Say what?

**Christopher Colwell (03:53):**
<unintelligible>

**Roemello Burros (04:04):**
I can't hear you.

**Christopher Colwell (04:06):**
The wind, the wind blowing. I got a condo. It be, it be lit.

**Roemello Burros (04:16):**
Yeah. Be out there this week man just get everybody.

**Christopher Colwell (04:23):**
Yeah I heard.

**Roemello Burros (04:24):**
Yeah,

**Christopher Colwell (04:25):**
I mean as long as she, I pull up tonight shit. I mean whenever she bring it.

**Roemello Burros (04:33):**
Yeah.

**Christopher Colwell (04:34):**
I don't think it took that.

**Roemello Burros (04:37):**
I'm gonna get <unintelligible> up.

**Christopher Colwell (04:40):**
Alright.

**Roemello Burros (04:42):**
Yo. She said lemme call everybody else so I can get this done, so I can go home.

**Christopher Colwell (04:51):**
Alright brother.

**Roemello Burros (04:53):**
Alright. I'm gonna holler at you once she puts more money on my phone.

**Christopher Colwell (04:57):**
Alright brother.

**Roemello Burros (04:59):**
Alright. Appreciate it.

**Christopher Colwell (05:00):**
Yeah, Yeah.

**Automation (05:04):**
The caller has hung up.